1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8    PATHAN ATIKURRAHEMAN,

9                              Petitioner,

10         v.

11   MERRICK GARLAND, et al., *et al.*,

12                            Respondents.

13

Case No. C24-262-JHC-SKV

ORDER APPOINTING FEDERAL
PUBLIC DEFENDER

14         This is a 28 U.S.C. § 2241 immigration habeas action.  Petitioner has filed a motion to

15   appoint counsel.  Dkt. 2.  Having considered the motion, Petitioner's financial eligibility, and the

16   balance of the record, the Court finds and ORDERS:

17         (1)    The Court is in receipt of a letter from the Federal Public Defender's Office

18   indicating that this case falls within the class of cases potentially governed by *Zadvydas v. Davis*,

19   533 U.S. 678 (2001).  Because of the complex issues involved in this case, the interests of justice

20   require that counsel be appointed for Petitioner.  *See* 18 U.S.C. § 3006A(a)(2)(B).  As required

21   by statute, Petitioner has demonstrated financial eligibility for such appointment.  *See id.*

22   Accordingly, Petitioner's request for appointment of counsel is GRANTED.  The Court appoints

23   the Federal Public Defender to represent Petitioner in these proceedings.

1    (2)     The Clerk shall send copies of this Order to Petitioner, to the Federal Public

2  Defender, to counsel for Respondents, and to the Honorable John H. Chun.

3       Dated this 5th day of March, 2024.

4

5                                        S. KATE VAUGHAN

6                                        United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER APPOINTING FEDERAL PUBLIC
DEFENDER - 2