1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

PATHAN ATIKURRAHEMAN,

9

Petitioner,

Case No. C24-00262-JHC-SKV

10

v.

ORDER DISMISSING FEDERAL
HABEAS PETITION

11

MERRICK GARLAND, et al.,

12

Respondents.

13

14

The Court, having reviewed Petitioner's petition for writ of habeas corpus under 28

15

U.S.C. § 2241 (Dkt. # 1); the Government's return memorandum, motion to dismiss, and

16

supporting papers (Dkt. ## 7, 8, 9, 11, 12), Petitioner's response (Dkt. # 10); and the Report and

17

Recommendation of S. Kate Vaughan, United States Magistrate Judge (R&R) (Dkt. # 13),

18

and the remaining record, hereby ORDERS:

19

    (1)    Petitioner did not object to the R&R.  The Court agrees with the R&R's analysis

20

and conclusions.  Thus, the R&R is approved and adopted.

21

    (2)    The Government's motion to dismiss, Dkt. # 7, is GRANTED, Petitioner's

22

petition for writ of habeas corpus, Dkt. # 1, is DENIED, and this action is DISMISSED.

23

ORDER DISMISSING FEDERAL HABEAS
PETITION - 1

1        (3)     Petitioner's request for discovery or for an evidentiary hearing, Dkt. # 10 at 4–6,

2  is DENIED.

3        (4)     The Clerk is directed to send copies of this Order to all counsel of record, and to

4  the Honorable S. Kate Vaughan.

5        Dated this 3rd day of June, 2024.

6

                                 JOHN H. CHUN

7                           United States District Judge

- 2